UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2012 NOV -9 PM 3:37
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

NETOBJECTS INC.,

Plaintiff,

v.                                              Case No. 3:12-cv-481-J-20TEM

INNOVATIVE GLOBAL SERVICES, LLC,
INNOVATIVE SYSTEMS SRL, and
OVIDIU PODISOR,

Defendants.
_____/

## ORDER

This cause is before this Court on Defendants' Motion to Dismiss, or, In the Alternative, Stay the Action Pursuant to the First-Filed Rule and Supporting Memorandum of Law (Dkt. 15). In light of Plaintiff's notice with supplemental authority (Dkt. 23), Defendants motion is now moot.

Accordingly, it is hereby **ORDERED**:

Defendants' Motion to Dismiss, or, In the Alternative, Stay the Action Pursuant to the First-Filed Rule and Supporting Memorandum of Law (Dkt. 15) is **DENIED as MOOT**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of November, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hal K. Litchford, Esq.
John K. Weedon, Esq.
Daniel J. Carr, Esq.